817 A.2d 1080

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**William Mike FIORE, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 10, 2003.

Decided Feb. 7, 2003.

## ORDER

PER CURIAM:

**AND NOW,** this 7th day of February, 2003, the Motion to Dismiss is granted.

Justice EAKIN, dissents.